

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
CENTRAL DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY, a Washington Corporation,<br><br>    Plaintiff,<br>v.<br><br>SICILIANO, INC. an Illinois corporation, K&R PROPERTIES, INC., RICHARD E. LAWRENCE, and MARY KIM LAWRENCE,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) No. 06-3162<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1 and Central District of Illinois Local Rule 11.3, the undersigned, counsel of record for Plaintiff, Safeco Insurance Company states as follows:

1.  We represent Plaintiff Safeco Insurance Company in this case.

2.  Safeco Insurance Company is a Washington state corporation.  Safeco is a publicly traded corporation and no company owns more than 10% of its shares.

3.  The law firm of Hinshaw & Culbertson LLP has appeared for Plaintiff Safeco

1

6082662v1 858606

Insurance Company.

                    Respectfully submitted,

                    By: /s/ Edward R. Gower

| Edward R. Gower, ARDC #3127966 | John E. Sebastian, ARDC # 6230240 |
|---|---|
| HINSHAW & CULBERTSON LLP | Clay M. Ullrick, ARDC# 6270760 |
| 400 South Ninth Street, Suite 200 | HINSHAW & CULBERTSON, LLP |
| Springfield, IL 62701-1908 | 222 North LaSalle Street, Suite 300 |
| (217) 528-7375 | Chicago, Illinois 60601 |
| | 312-704-3000 |

*Attorneys for Plaintiff*
*Safeco Insurance Company*