# UNITED STATES DISTRICT COURT
### Central District of Illinois

Safeco Insurance Company, A Washington Corporation,

**SUMMONS IN A CIVIL CASE**

v.

Siciliano, Inc. an Illinois Corporation, K&R Properties, Inc., Richard E. Lawrence, and Mary Kim Lawrence.

Case Number: 06-3162

TO:
Siciliano, Inc.
c/o Stanley Wasser
Feldman, Wasser, Draper & Benson
1307 South Seventh Street
P.O. Box 2418
Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Edward R. Gower
Hinshaw & Culbertson LLP
400 South Ninth, Suite 200
Springfield, IL 62701

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

___s/John M. Waters___   ___July 28, 2006___
CLERK                         DATE

___s/C. Cathcart___
(By) DEPUTY CLERK

60149668v1 858606