## UNITED STATES DISTRICT COURT
Central District of Illinois

Safeco Insurance Company, A Washington Corporation,

**SUMMONS IN A CIVIL CASE**

v.

Siciliano, Inc. an Illinois Corporation, K&R Properties, Inc., Richard E. Lawrence, and Mary Kim Lawrence.

Case Number: 06-3162

TO:
Richard E. Lawrence
c/o Stanley Wasser
Feldman, Wasser, Draper & Benson
1307 South Seventh Street
P.O. Box 2418
Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Edward R. Gower
Hinshaw & Culbertson LLP
400 South Ninth, Suite 200
Springfield, IL 62701

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____          7/28/06
CLERK                              DATE

_____
(By) DEPUTY CLERK

60149668v1 858606

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[1] || DATE 8-1-06 11:00am |
| NAME OF SERVER (PRINT) Debbie McGreen || TITLE Investigator |
| Check one box below to indicate appropriate method of service |||

☐ Served personally upon the third-party defendant. Place where

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned

☑ Other (specify): Attorney Stan Wasser

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES 35.00 | TOTAL 35.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed: Aug 1, 2006
          Date                              Signature of Server  Debbie McGreen

          PoBox 9092 SpfID IL 62791
          Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.