## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>SICILIANO, INC., K&R PROPERTIES, INC., RICHARD E. LAWRENCE, and MARY KIM LAWRENCE<br><br>Defendants. | No.: 06-3162 |

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Howard W. Feldman (lead counsel) and Stanley N. Wasser of Feldman, Wasser, Draper & Benson, hereby enter their appearance on behalf of Defendants SICILIANO, INC., K&R PROPERTIES, INC., RICHARD E. LAWRENCE, and MARY KIM LAWRENCE.

                **s/ Howard W. Feldman**
                Howard W. Feldman,  Bar Number 00788066
                Attorney for All Defendants
                Feldman, Wasser, Draper & Benson
                1307 S. Seventh Street, P.O. Box 2418
                Springfield, IL 62705
                Telephone: (217) 544-3403
                Fax: (217) 544-1593
                E-mail: hfeldman@feldwass.com

*FELDMAN, WASSER*
*DRAPER & BENSON*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

egower@hinshawlaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

John E. Sebastian
Hinshaw & Culbertson LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081

**s/ Howard W. Feldman**
Howard W. Feldman,  Bar Number 00788066
Attorney for All Defendants
Feldman, Wasser, Draper & Benson
1307 S. Seventh Street, P.O. Box 2418
Springfield, IL 62705
Telephone: (217) 544-3403
Fax: (217) 544-1593
E-mail: hfeldman@feldwass.com

*FELDMAN, WASSER*
*DRAPER & BENSON*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

2