IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY<br><br>    Plaintiff,<br><br>    v.<br><br>SICILIANO, INC., K&R PROPERTIES, INC., RICHARD E. LAWRENCE, and MARY KIM LAWRENCE<br><br>    Defendants. | No.: 06-3162 |

**Motion For Extension of Time To File Answer**

Defendants SICILIANO, INC., K&R PROPERTIES, INC., RICHARD E. LAWRENCE, and MARY KIM LAWRENCE, by their attorneys Feldman, Wasser, Draper & Benson, move this Court for an extension of time to answer Plaintiff SAFECO's Complaint. In support of this Motion, Defendants state as follows:

1.  Defendants were served with Plaintiff SAFECO's Complaint on August 1, 2006. Defendant's Answer is due August 21, 2006.

2.   At the same time Defendants were served with Plaintiff SAFECO's Complaint, Defendant's were also served with a similar complaint in this Court's Docket 06-3160 entitled *St. Paul Fire and Marine Insurance Company v. Siciliano, Inc., K&r Properties, Inc., Richard E. Lawrence, and Mary Kim Lawrence.* That suit is similarly as complex as the one in the case at bar (see exhibit 1 to the complaint in the St. Paul case). Defendant's counsel have been put in the position of having to

*FELDMAN, WASSER*
*DRAPER & BENSON*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

address the two complex lawsuits at the same time frame and is considering whether it is appropriate to consolidate the two actions.

3. Both the action in the case at bar and the action in the St. Paul case are directed to the same Defendants and seek similar relief including having the same Defendants post significant collateral sums. Plaintiff in the St. Paul case, who is represented by the same attorneys in this case, has permitted the Defendants to waive service and to have 60 days to answer. Plaintiff SAFECO in the case at bar has refused to allow Defendants to waive service and has communicated that it was unwilling to allow the Defendants more than the 20 days provided by FRCP 12 to respond to the Complaint.

4. The matters at issue are complex. As evident from Exhibit 1 to Plaintiff SAFECO's Complaint this matter involves numerous projects. Plaintiff SAFECO's complaint fails to identify in any manner the basis or projects which relate to the dollars amounts that Safeco alleges are its losses. Additional time beyond 20 days is needed to go through all of the project files and make a sufficient investigation of this matter in order to properly respond to Plaintiff SAFECO's complaint. In addition, Defendants need to review the circumstances of the projects to determine if they have, as they believe they might, affirmative defenses to Plaintiff SAFECO's complaint

5. There is no prejudice to Plaintiff SAFECO from any brief extension of time

*FELDMAN, WASSER DRAPER & BENSON*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

as the case has just commenced.[1]

Wherefore, Defendants pray that this Court extend until September 30, 2006, being 60 days after service of the Complaint, the time for Defendants to answer or otherwise respond to Plaintiff SAFECO's Complaint.

                    **s/ Howard W. Feldman**
                    Howard W. Feldman, Bar Number 00788066
                    Attorney for All Defendants
                    Feldman, Wasser, Draper & Benson
                    1307 S. Seventh Street, P.O. Box 2418
                    Springfield, IL 62705
                    Telephone: (217) 544-3403
                    Fax: (217) 544-1593
                    E-mail: hfeldman@feldwass.com

---

[1]. Plaintiff SAFECO notes in its Complaint that it made demand on the Defendants previously to indemnify Plaintiff SAFECO, however the exhibit appended to the Complaint in support of that contention has nothing to do with Plaintiff SAFECO, but with St. Paul, the Plaintiff in the other case against Siciliano.

## CERTIFICATE OF SERVICE

  I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  egower@hinshawlaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

  John E. Sebastian
  Hinshaw & Culbertson LLP
  222 North LaSalle Street
  Suite 300
  Chicago, Illinois 60601-1081

                **s/ Howard W. Feldman**
                Howard W. Feldman, Bar Number 00788066
                Attorney for All Defendants
                Feldman, Wasser, Draper & Benson
                1307 S. Seventh Street, P.O. Box 2418
                Springfield, IL 62705
                Telephone: (217) 544-3403
                Fax: (217) 544-1593
                E-mail: hfeldman@feldwass.com

*FELDMAN, WASSER*
*DRAPER & BENSON*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

4