IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
CENTRAL DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY, a Washington Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 06 CV 3162 |
| SICILIANO, INC. an Illinois corporation, K&R PROPERTIES, INC., RICHARD E. LAWRENCE, and MARY KIM LAWRENCE, | ) ) ) ) |
| Defendants. | ) ) |

NOTICE OF FILING

TO:   Stanley N. Wasser
      Howard W. Feldman
      Feldman Wasser Draper & Benson
      1307 S. 7th Street
      P.O. Box 2418
      Springfield, Illinois  62705

    PLEASE TAKE NOTICE that on August 24, 2006 I filed with the Clerk of the U.S. District Court for the Central District of Illinois a **Motion for Leave to Correct Exhibit Attached to Complaint,** a copy of which is hereby served upon you.

                                    By:   /s/John E. Sebastian

John E. Sebastian, ARDC #: 6230240
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois  60601
Telephone: (312) 704-3000

PROOF OF SERVICE

    The undersigned, being first duly sworn on oath, deposes and states that a true and correct copy of the foregoing Notice of Motion was electronically filed using the Court's ECM/CF system and served upon:

Stanley N. Wasser at swasser@feldwass.com
Howard W. Feldman at howard@feldwass.com

                                       /s/ Gail Ann Kus

6092883v1 858606