E-FILED
Friday, 06 October, 2006  11:39:47 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>SICILIANO, INC., K&R PROPERTIES, INC., RICHARD E. LAWRENCE, and MARY KIM LAWRENCE<br><br>Defendants. | No.: 06-3162 |

**MOTION FOR ENLARGEMENT OF TIME
TO FILE ANSWER OR OTHERWISE PLEAD**

Defendants SICILIANO, INC., K&R PROPERTIES, INC., RICHARD E. LAWRENCE, and MARY KIM LAWRENCE, by their attorneys Howard W. Feldman and Stanley N. Wasser, of Feldman, Wasser, Draper & Benson, respectfully move this Court to enlarge the time for filing an answer or responsive pleadings until November 3, 2006. In support of this Motion, the Defendants state as follows:

1.  This Court has previously extended the time to respond or otherwise plead until September 30, 2006 in the above-referenced matter.

2.  That the Plaintiff has no objection to extending the time to file responsive pleadings until November 3, 2006.

3.  The issues raised by the pending litigation involve parties not participants of the litigation. The issues are complex, difficult and the parties believe

*FELDMAN, WASSER
DRAPER & BENSON*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

it is the parties' interests to extend the time to answer or otherwise plead until November 3, 2006.

Wherefore, Defendants pray that this Court enlarge the time to answer or otherwise plead to the Plaintiff's Complaint until November 3, 2006.

**s/ Howard W. Feldman**
Howard W. Feldman,  Bar Number 00788066
Attorney for All Defendants
Feldman, Wasser, Draper & Benson
1307 S. Seventh Street, P.O. Box 2418
Springfield, IL 62705
Telephone: (217) 544-3403
Fax: (217) 544-1593
E-mail: hfeldman@feldwass.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    egower@hinshawlaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    John E. Sebastian
    Hinshaw & Culbertson LLP
    222 North LaSalle Street
    Suite 300
    Chicago, Illinois 60601-1081

    **s/ Howard W. Feldman**
    Howard W. Feldman,  Bar Number 00788066
    Attorney for All Defendants
    Feldman, Wasser, Draper & Benson
    1307 S. Seventh Street, P.O. Box 2418
    Springfield, IL 62705
    Telephone: (217) 544-3403
    Fax: (217) 544-1593
    E-mail: hfeldman@feldwass.com

E-FILED
Friday, 06 October, 2006  11:40:03 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>SICILIANO, INC., K&R PROPERTIES, INC., RICHARD E. LAWRENCE, and MARY KIM LAWRENCE<br><br>Defendants. | No.: 06-3162 |

### ORDER

THIS CAUSE coming on to be heard upon the MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR OTHERWISE PLEAD filed by Defendants, SICILIANO, INC., K&R PROPERTIES, INC., RICHARD E. LAWRENCE, and MARY KIM LAWRENCE, Plaintiff having no objection and the Court being fully-advised in the premises, the Court allows said motion and Defendant shall file an Answer or other responsive pleading on or before November 3, 2006.

ENTER:_____        _____
                                                          JUDGE

*FELDMAN, WASSER*
*DRAPER & BENSON*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403