E-FILED
Friday, 17 November, 2006  03:35:21 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>SICILIANO, INC., K&R PROPERTIES, INC., RICHARD E. LAWRENCE, and MARY KIM LAWRENCE<br><br>Defendants. | No.: 06-3162 |

## REPORT OF RULE 26(f) PLANNING MEETING

Plaintiff being represented by John E. Sebastian of Hinshaw & Culbertson, LLP and Defendants being represented by Stanley N. Wasser of Feldman, Wasser, Draper & Benson, conferred pursuant to Federal Rule of Civil Procedure 26(f) and CDIL-LR 26.2(3) for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates which counsel have agreed upon.

1. Parties will exchange initial disclosures pursuant to FED. R. Civ. P. 26(a)(1) by January 13, 2007.

2. The deadline for amendment of pleadings is January 31, 2007.

3. The deadline for joining additional parties is January 31, 2007.

4. Plaintiff shall disclose its experts and provide expert reports by April 3, 2007.

*FELDMAN, WASSER*
*DRAPER & BENSON*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

5. Defendants shall disclose experts and provide expert reports by May 12, 2007.

6. All discovery, including deposition fo experts, is to be completed by June 30, 2007.

7. The deadline for filing case dispositive motions shall be September 8, 2007.

9. Final Pre-trial Conference is to be scheduled on a date to be set by the Court, with all Motions In Limine to be filed on or prior to that date.

10. Trial is to be scheduled on a date to be set by the Court per the Court's trial calendar.

    Respectfully submitted,

**s/ John E. Sebastian**
Bar Number 6230240
Attorney for Plaintiff
Hinshaw & Culbertson, LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
Telephone: (312) 704-3000
Fax: (312)704-3001
E-mail: jsebastian@hinshawlaw.com

**s/ Stanley N. Wasser**
Bar Number 00788066
Attorney for All Defendants
Feldman, Wasser, Draper & Benson
1307 S. Seventh Street, P.O. Box 2418
Springfield, IL 62705
Telephone: (217) 544-3403
Fax: (217) 544-1593
E-mail: swasser@feldwass.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    egower@hinshawlaw.com
    jsebastian@hinshawlaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A

                                  **s/ Stanley N. Wasser**
                                  Bar Number 00788066
                                  Attorney for All Defendants
                                  Feldman, Wasser, Draper & Benson
                                  1307 S. Seventh Street, P.O. Box 2418
                                  Springfield, IL 62705
                                  Telephone: (217) 544-3403
                                  Fax: (217) 544-1593
                                  E-mail: swasser@feldwass.com

*FELDMAN, WASSER*
*DRAPER & BENSON*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

3