IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:06-cv-03162 |
| SICILIANO, INC., K& R PROPERTIES, INC., RICHARD LAWRENCE and MARY LAWRENCE, | ) |
| Defendant. | ) |

### NOTICE OF SERVICE OF PLAINTIFF SAFECO INSURANCE COMPANY'S RULE 26(A)(1) INITIAL DISCLOSURES

Plaintiff Safeco Insurance Company of America, by its attorney John E. Sebastian of Hinshaw & Culbertson LLP, gives notice that it has served upon the attorneys of record for the Defendants by first class mail postage prepaid from Chicago, Illinois, the following discovery documents:

**Plaintiff Safeco Insurance Company's Rule 26(a)(1) Disclosure**

/s/John E. Sebastian
John E. Sebastian, ARDC #: 6230240
Barry F. MacEntee, ARDC #6275410
Hinshaw & Culbertson LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601
312-704-3000

### CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2007, I electronically filed the foregoing with the Clerk

6174189v1 858606

of the Court using the CM/ECF system which will send notification of such filing to the following:

swasser@feldwass.com

Dated: April 3, 2007

**SAFECO INSURANCE COMPANY**

By: /S/ JOHN E. SEBASTIAN
One of its Attorneys

John E. Sebastian, ARDC #: 6230240
Barry F. MacEntee, ARDC #6275410
Hinshaw & Culbertson LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601
312-704-3000

5887541v1 850279