E-FILED
Tuesday, 03 April, 2007  05:34:12 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY, a Washington Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SICILIANO, INC., K& R PROPERTIES, INC, RICHARD LAWRENCE and MARY LAWRENCE,<br><br>Defendant. | Case no.: 06-03162<br><br>Judge Jeanne E. Scott<br><br>Magistrate Judge Charles H. Evans |

### SAFECO INSURANCE COMPANY'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR IDENTIFYING ITS TESTIFYING EXPERTS AND SERVING ITS EXPERT WITNESS REPORTS

Plaintiff Safeco Insurance Company ("Safeco"), by its attorney John E. Sebastian of Hinshaw & Culbertson LLP, submits its Motion to Extend the Deadlines for complying with the portion of the Court's November 29, 2006 scheduling order relating to the identification of testifying experts and serving Fed. R. Civ. 26(a)(2) expert witness disclosures.

1.  On November 29, 2006, the Court entered a scheduling order requiring plaintiff to identify its testifying experts and provide Rule 26 reports by April 3, 2007 (Dkt, 18). Since then, the parties have engaged in settlement communications to reduce the amounts at issue in this case. These communications have already born fruit and the parties expect that further communications will lead to further reductions in the amounts at issue in this case.

2.  Safeco wants to exhaust the efforts described in paragraph 1 prior to identifying its testifying experts and serving its Rule 26 expert witness reports which will

address, among other issues, the damages Safeco is seeking to recover. As such, Safeco asks the Court to extend Safeco's deadline for identifying its testifying experts and serving its Rule 26 expert witness reports for forty-five days, to May 17, 2007. Similarly, Safeco asks the Court to extend defendants' deadline for identifying its testifying experts and serving its Rule 26 expert witness reports for forty-five days, to June 28, 2007.

3.   Safeco's request is made in good faith and not for the improper purpose of delay. Safeco is not seeking to modify or otherwise extend any other deadline imposed by the Court's scheduling order (Dkt, 18). The parties will still complete discovery by July 3, 2007 and file dispositive motions by September 7, 2007.

4.   Defendants' counsel has confirmed to Safeco's counsel, John E. Sebastian, that defendants do not oppose this request.

WHEREFORE, Safeco asks the Court to enter an order: (1) granting this motion; and (2) extending Safeco's deadline for identifying its testifying experts and serving its Rule 26 expert witness reports for forty-five days, to May 17, 2007. Similarly, Safeco asks the Court to extend defendants' deadline for identifying its testifying experts and serving its Rule 26 expert witness reports for forty-five days, to June 28, 2007.

Dated:   April 3, 2007

SAFECO INSURANCE COMPANY

By:   /S/ John E. Sebastian
One of its Attorneys

John E. Sebastian, ARDC # 6230240
Barry F. MacEntee, ARDC # 6275410
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312-704-3000

6174533v1 858606

E-FILED
Tuesday, 03 April, 2007  05:35:09 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:06-cv-03162 |
| SICILIANO, INC., K& R PROPERTIES, INC, RICHARD LAWRENCE and MARY LAWRENCE, | ) |
| Defendant. | ) |

### NOTICE OF SERVICE OF PLAINTIFF SAFECO INSURANCE COMPANY'S RULE 26(A)(1) INITIAL DISCLOSURES

Plaintiff Safeco Insurance Company of America, by its attorney John E. Sebastian of Hinshaw & Culbertson LLP, gives notice that it has served upon the attorneys of record for the Defendants by first class mail postage prepaid from Chicago, Illinois, the following discovery documents:

**Plaintiff Safeco Insurance Company's Unopposed Motion to Extend the Deadline for Identifying its Testifying Experts and Serving its Expert Witness Reports**

/s/John E. Sebastian
John E. Sebastian, ARDC #: 6230240
Barry F. MacEntee, ARDC #6275410
Hinshaw & Culbertson LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601
312-704-3000

6174189v3 858606

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

swasser@feldwass.com

Dated: April 3, 2007

SAFECO INSURANCE COMPANY

By: /S/ JOHN E. SEBASTIAN
One of its Attorneys

John E. Sebastian, ARDC #: 6230240
Barry F. MacEntee, ARDC #6275410
Hinshaw & Culbertson LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601
312-704-3000

5887541v1 850279