E-FILED
Wednesday, 16 May, 2007 04:28:15 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY, a Washington Corporation<br><br>Plaintiff,<br><br>vs.<br><br>SICILIANO, INC., K& R PROPERTIES, INC, RICHARD LAWRENCE and MARY LAWRENCE,<br><br>Defendant. | Case no.: 06-03162<br><br>Judge Jeanne E. Scott<br><br>Magistrate Judge Charles H. Evans |

### SAFECO INSURANCE COMPANY'S AGREED MOTION TO RE-SET CASE MANAGEMENT DATES

Plaintiff Safeco Insurance Company ("Safeco"), by its attorney John E. Sebastian of Hinshaw & Culbertson LLP, submits its Motion to Extend the Deadlines for complying with the portion of the Court's November 29, 2006 scheduling order relating to the identification of testifying experts and serving Fed. R. Civ. 26(a)(2) expert witness disclosures and to re-set other case management dates.

1. On November 29, 2006, the Court entered a scheduling order requiring plaintiff to identify its testifying experts and provide Rule 26 reports by April 3, 2007 (Dkt, 18). Since then and to the present date of this motion, the parties have engaged in settlement communications to reduce the amounts at issue in this case. These communications have already born fruit and the parties expect that further communications will lead to further reductions in the amounts at issue in this case.

2. Safeco previously came before this court requesting an extension to the deadline to disclose its Rule 26 expert witness reports, which this Court granted. Safeco's deadline to disclose its Rule 26 expert witness is May 17, 2007.

6189616v1 026

3. Safeco wants to continue to reduce the amount of its monetary claims described in paragraph 1 prior to identifying its testifying experts and serving its Rule 26 expert witness reports which will address, among other issues, the monetary claims Safeco is seeking to recover. Because both parties have been concentrating their efforts on reducing Safeco's monetary claims, which will reduce the amount of disclosures that will be required, Safeco asks that the Court re-set all case management deadlines in this matter.

4. Once the parties efforts described in paragraph 1 are exhausted, if the parties have not resolved Safeco's claims herein, Safeco intends on filing a Motion for Summary Judgment as to the Defendants' liability to Safeco under the indemnity agreement. For this reason alone, Safeco may not need to obtain and disclose an expert witness.

5. Based upon the foregoing, Safeco requests that this Court extend the deadline for Safeco to disclose its expert witness and conduct another case management hearing to re-set all dates previously set by this Court.

6. Safeco's request is made in good faith and not for the improper purpose of delay.

7. Defendants' counsel, Stanley N. Wasser, has been provided Safeco's motion and Mr. Wasser has confirmed to Safeco's counsel, John E. Sebastian, that the defendants support this request.

WHEREFORE, Safeco asks the Court to enter an order: (1) granting this motion; and (2) extending Safeco's deadline for identifying its testifying experts and serving its

6189616v1 026

Rule 26 expert witness reports. Similarly, Safeco asks the Court to schedule another case management hearing to re-set all other dates.

Dated:  May 16, 2007

                                              **SAFECO INSURANCE COMPANY**

                                              By:  /S/ John E. Sebastian
                                                      One of its Attorneys

John E. Sebastian, ARDC # 6230240
Barry F. MacEntee, ARDC # 6275410
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312-704-3000

6189616v1 026