E-FILED
Monday, 02 July, 2007  02:33:49 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY, a Washington Corporation<br><br>Plaintiff,<br><br>vs.<br><br>SICILIANO, INC., K& R PROPERTIES, INC, RICHARD LAWRENCE and MARY LAWRENCE,<br><br>Defendant. | Case no.: 06-03162<br><br>Judge Jeanne E. Scott<br><br>Magistrate Judge Charles H. Evans |

## JOINT STATUS REPORT

Plaintiff, Safeco Insurance Company ("Safeco"), by its attorney John E. Sebastian of Hinshaw & Culbertson LLP, hereby submits a Joint Status Report in connection with the captioned lawsuit.

1.  The parties last reported to the Court that efforts were being made by both parties to reduce the amount of Safeco's alleged monetary claims claimed against the Defendants as more fully set forth in Safeco's complaint.

2.  Safeco's claims alleged in its complaint stem from surety bond losses. By contract and Illinois law, Siciliano was required to obtain surety bonds to guarantee its contractual obligations to project owners and its payment obligations to project vendors on construction projects. In exchange for the Defendants executing an indemnity agreement, Safeco issued numerous bonds on behalf of Siciliano. Safeco's Complaint seeks recovery from the Defendants for the alleged costs and expenses Safeco has incurred in resolving numerous bond claims asserted against Safeco.

6205722v1 026

3.  The parties efforts to reduce the amount of Safeco's alleged claims set forth in its complaint include contacting project owners requesting that these owners turn over to Safeco the remaining contract balance held on the projects performed by Siciliano and bonded by Safeco.

4.  In addition to these efforts, Siciliano is currently in discussions with the Illinois Capitol Development Board (the "CDB") regarding settlement of Siciliano's claims against the CDB. Part of Siciliano's claims against the CDB include Safeco's alleged claims against the Defendants stated in Safeco's complaint.

5.  Siciliano and the CDB have tentatively agreed to meet during the month of July to discuss settlement of Siciliano's claims.

6.  Once the parties efforts described herein are exhausted, if the parties have not resolved Safeco's alleged claims, Safeco intends on filing a Motion for Summary Judgment as to the Defendants' liability to Safeco under the indemnity agreement.

7.  Based upon the foregoing, the parties request that this Court conduct another case management within forty-five days to set all case management dates.

WHEREFORE, the parties request that this Court to schedule another case management hearing on or before August 20, 2007.

Dated: July 2, 2007

                                SAFECO INSURANCE
                                COMPANY

                                By: /S/ John E. Sebastian
                                    One of its Attorneys

John E. Sebastian, ARDC # 6230240
Barry F. MacEntee, ARDC # 6275410
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312-704-3000

6205722v1 026

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY, a Washington Corporation, <br><br> Plaintiff, <br> v. <br><br> SICILIANO, INC. an Illinois corporation, K&R PROPERTIES,. INC., RICHARD E. LAWRENCE, and MARY KIM LAWRENCE, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )   No. 06 CV 3162 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF FILING

TO:   Stanley N. Wasser
      Howard W. Feldman
      Feldman Wasser Draper & Benson
      1307 S. 7th Street
      P.O. Box 2418
      Springfield, Illinois 62705

   PLEASE TAKE NOTICE that on July 2, 2007 I filed with the Clerk of the U.S. District Court for the Central District of Illinois a Joint Status Report, a copy of which is hereby served upon you.

                    By:   /s/John E. Sebastian

John E. Sebastian, ARDC #: 6230240
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
Telephone: (312) 704-3000

**PROOF OF SERVICE**

   The undersigned, being first duly sworn on oath, deposes and states that a true and correct copy of the foregoing Notice of Motion was electronically filed using the Court's ECM/CF system and served upon:

Stanley N. Wasser at swasser@feldwass.com
Howard W. Feldman at howard@feldwass.com

                    /s/ Gail Ann Kus