# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>SICILIANO, INC., K&R PROPERTIES, INC., RICHARD E. LAWRENCE, and MARY KIM LAWRENCE<br><br>Defendants. | No.: 06-3162 |

## Parties Joint Status Report

Plaintiff Safeco Insurance Company and Defendant Siciliano, Inc., by their counsel, hereby make this joint status report to the Court. This Status Report memorializes the oral report made to the Court during the August 7, 2007 status phone conference.

1.    In exchange for Siciliano, Inc. and the other defendants executing an indemnity agreement, Safeco issued surety bonds guaranteeing Siciliano's performance obligations to owners under construction contracts and Siciliano's payment obligations to its project vendors. Safeco's Complaint seeks recovery from the Defendants for the alleged costs and expenses Safeco has incurred in resolving numerous bond claims asserted against Safeco.

2.    In the July 2, 2007 report to the Court, the parties reported that they had been engaging in productive settlement discussions but that settlement was partially

*FELDMAN, WASSER*
*DRAPER & BENSON*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

dependent upon the resolution of certain construction claims pending between the Illinois Capital Development Board ("CDB") and Defendant Siciliano, Inc. in connection with the Abraham Lincoln Presidential Library and Museum projects. At the time of the last report, claim settlement discussions were on-going between the CDB and Siciliano.

3. As of August 7, 2007, the date of the most recent phone conference status hearing with the Court, the CDB and Siciliano had exchanged their first offer and counteroffer, respectively, and Siciliano was waiting on the CDB's reply to its counteroffer. Siciliano noted for the Court during the August 7, 2007 phone conference that the Court could take notice of the fact that the State of Illinois was embroiled in getting a new fiscal year budget in place and that this may have a bearing upon the progress of the settlement negotiations with the CDB, however Siciliano would not know whether in fact that is the case.

4. Since that August 7, 2007 phone conference, CDB and Siciliano have continued to engage in negotiating further specifics of a settlement that were raised by Siciliano's counteroffer and negotiations have moved forward narrowing both the dollar and non-dollar issues. Siciliano is hoping that its settlement negotiations with the CDB can be resolved in the coming weeks.

5. The resolution of the CDB-Siciliano claims is expected to make funds available for Siciliano to make a settlement offer to Safeco for its claims against the defendants that are the subject of the case before this Court.

*FELDMAN, WASSER DRAPER & BENSON*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

2

6. This Court has now set October 9, 2007 for a further status conference. This should permit sufficient time for the foregoing settlements to move to the point where the parties will be able to advise the Court whether or not settlement will have occurred or will be imminent at that time.

7. Notwithstanding pending settlement discussions between the parties, the parties agree that any party may come before this Court at any time and move for summary judgment.

Respectfully submitted,

**s/ John E. Sebastian**
Bar Number 6230240
Attorney for Plaintiff
Hinshaw & Culbertson, LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
Telephone: (312) 704-3000
Fax: (312)704-3001
E-mail: jsebastian@hinshawlaw.com

**s/ Stanley N. Wasser**
Bar Number 00788066
Attorney for All Defendants
Feldman, Wasser, Draper & Benson
1307 S. Seventh Street, P.O. Box 2418
Springfield, IL 62705
Telephone: (217) 544-3403
Fax: (217) 544-1593
E-mail: swasser@feldwass.com

## CERTIFICATE OF SERVICE

     I hereby certify that on August 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    egower@hinshawlaw.com
    jsebastian@hinshawlaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A

                              **s/ Stanley N. Wasser**
                              Bar Number 00788066
                              Attorney for All Defendants
                              Feldman, Wasser, Draper & Benson
                              1307 S. Seventh Street, P.O. Box 2418
                              Springfield, IL 62705
                              Telephone: (217) 544-3403
                              Fax: (217) 544-1593
                              E-mail: swasser@feldwass.com

*FELDMAN, WASSER*
*DRAPER & BENSON*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

4