E-FILED
Friday, 04 January, 2008 04:26:37 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY<br><br>    Plaintiff,<br><br>    v.<br><br>SICILIANO, INC., K&R PROPERTIES, INC., RICHARD E. LAWRENCE, and MARY KIM LAWRENCE<br><br>    Defendants. | No.: 06-3162 |

**Parties Joint Status Report**

Plaintiff Safeco Insurance Company and Defendants Siciliano Inc., Richard E. Lawrence, and Mary Kim Lawrence, by their counsel, hereby make this joint status report to the Court.

1.      The parties' counsel held a status phone conference with the Court on December 11, 2007. The parties advised the Court that the parties have been working together to settle many of Plaintiff's Safeco's claims in this case in order to narrow the issues. The parties advised the Court that settlement was partially dependent upon the resolution of certain construction claims pending between the State of Illinois Capital Development Board ("CDB")and Defendant Siciliano Inc. in connection with the Abraham Lincoln Presidential Museum project and the Willard Ice Renovation project.. Defendant Siciliano Inc. advised the Court that settlement discussions with CDB were still on-going and that they were expected to culminate shortly in a

*FELDMAN, WASSER*
*DRAPER & BENSON*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

settlement. The parties advised the Court that the resolution of the CDB-Siciliano claims is expected to result in further payments to Plaintiff Safeco of the monies for which it seeks recovery from Siciliano and the other defendants in the case before this Court.

2.    In mid-December 2007, Plaintiff Safeco, Defendant Sicliano Inc. and CDB entered into the expected settlement agreement which addressed the Willard Ice project. In addition, in mid-December 2007, Defendant Siciliano Inc., St. Paul Fire and Marine Insurance Company and CDB entered into the expected settlement agreement which addressed the Museum project. Settlement checks were received by Defendant Siciliano, Inc. on December 28, 2007 with respect to the Willard Ice project and were endorsed over to Plaintiff Safeco. Settlement checks with respect to the Museum project were received by Defendant Siciliano Inc. in part on December 28, 2007 and in part on December 31, 2007. A part of the settlement funds on the Museum project are expected to allow Defendant Sicliano Inc. to fund an additional part of the settlement with Plaintiff Safeco.

3.    The settlement checks for the Museum project have been deposited and once the deposit clears a check will promptly issue to Plaintiff Safeco.

4.    The resolution of the CDB-Siciliano Museum and Willard Ice project claims, and the other settlement efforts engaged in by the parties, will have resulted in a significant narrowing of the issues between the parties and is expected to facilitate

the remaining settlement discussions between the parties on the remaining issues between them.

    5.    If a settlement is not reached between Safeco and the Defendants within the next thirty days, Safeco intends on filing a Motion for Summary Judgment.

Respectfully submitted,

**s/ John E. Sebastian**
Bar Number 6230240
Attorney for Plaintiff
Hinshaw & Culbertson, LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
Telephone: (312) 704-3000
Fax: (312)704-3001
E-mail: jsebastian@hinshawlaw.com

**s/ Stanley N. Wasser**
Bar Number 00788066
Attorney for All Defendants
Feldman, Wasser, Draper & Benson
1307 S. Seventh Street, P.O. Box 2418
Springfield, IL 62705
Telephone: (217) 544-3403
Fax: (217) 544-1593
E-mail: swasser@feldwass.com

# CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

egower@hinshawlaw.com
jsebastian@hinshawlaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A

> **s/ Stanley N. Wasser**
> Bar Number 00788066
> Attorney for All Defendants
> Feldman, Wasser, Draper & Benson
> 1307 S. Seventh Street, P.O. Box 2418
> Springfield, IL 62705
> Telephone: (217) 544-3403
> Fax: (217) 544-1593
> E-mail: swasser@feldwass.com