E-FILED
Tuesday, 18 March, 2008  04:38:42 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY<br><br>    Plaintiff,<br><br>    v.<br><br>SICILIANO, INC., K&R PROPERTIES, INC., RICHARD E. LAWRENCE, and MARY KIM LAWRENCE<br><br>    Defendants. | No.: 06-3162 |

### Defendants' Status Report

Defendants Siciliano Inc., Richard E. Lawrence, and Mary Kim Lawrence, by their counsel, hereby make this status report to the Court.

1.    The parties' counsel held a status phone conference with the Court on December 11, 2007.  The parties advised the Court that the parties have been working together to settle many of Plaintiff's Safeco's claims in this case in order to narrow the issues.  The parties advised the Court that settlement was partially dependent upon the resolution of certain construction claims pending between the State of Illinois Capital Development Board ("CDB") and Defendant Siciliano Inc. in connection with the Abraham Lincoln Presidential Museum project and the Willard Ice Renovation project..

2.    Defendant Siciliano, Inc. resolved its construction claims with CDB later on in December 2007, and the settlement was funded by CDB with funds being paid

*FELDMAN, WASSER DRAPER & COX*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

out at the very end of December 2007. After the settlement checks cleared, and in furtherance of the aforesaid settlement, including a certain side agreement between Plaintiff Safeco and Defendant Siciliano Inc., a significant disbursement involving a six figure number, was made to Plaintiff Safeco in January 2008. This disbursement has reduced significantly the damages that Plaintiff Safeco is seeking in the case at bar.

      3.      In addition, the aforesaid settlement in part included certain agreements between Plaintiff Safeco and Siciliano Inc., that called for certain other monies in various municipal projects on which Plaintiff Safeco bonded Siciliano Inc., and which projects form the basis of part of Plaintiff Safeco's complaint in this case, to be transferred to Plaintiff Safeco subject to certain subsequent agreements between Plaintiff Safeco and Sicliano Inc. for the disbursements of parts of those monies to various third party vendors and unions. Siciliano Inc. is in the process of working with Plaintiff Safeco to identify these contract balances, the third party vendors and unions and the amounts to be disbursed from them, a process that is estimated to be concluded within the next 30-45 days.

      4.      In a further effort to address settlement, Plaintiff Safeco and Siciliano, in later January, early February 2008 engaged in certain negotiations with respect to payment of certain union benefit fund claims, that resulted in Siciliano Inc. making certain payments which Siciliano Inc. understands may further reduce the damages that Plaintiff Safeco is seeking in this case.

*FELDMAN, WASSER DRAPER & COX*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

2

5. Counsel for the parties have, in addition, engaged in continuing discussions to address the balance of a settlement of this case being discussed between the parties. As late as the morning of March 18, 2008, the date of the filing of this report, counsel had yet another phone conference and Siciliano Inc.'s counsel has requested some additional information from Plaintiff Safeco to address the balance of the settlement of this case. Consistent with prior discussions between counsel and has been mentioned to the court verbally during the status calls, the parties have been working to narrow down the damage issues (which has been done), to see if a final settlement can be achieved.

6. The parties are not seeking to delay this case and have prior to its filing and since its filing worked diligently to try and reach a settlement. It is evident from Plaintiff Safeco's Complaint and the magnitude of damages sought, and the fact that non-parties to this lawsuit have had a bearing upon the ability of the parties to progress forward with settlement, why this case has been pending as it has. Given, what Siciliano Inc. submits has been very meaningful progress in settlement, additional time to work on settlement of at least 60 days is warranted, with the parties to again file a status report at that time.

7. Defendants are aware that Plaintiff Safeco continues to reserve the right to proceed with a summary judgment motion should Plaintiff Safeco deem that settlement discussions are not proving productive.

Respectfully submitted,

**s/ Stanley N. Wasser**
Bar Number 2947307
Attorney for All Defendants
Feldman, Wasser, Draper & Cox
1307 S. Seventh Street, P.O. Box 2418
Springfield, IL 62705
Telephone: (217) 544-3403
Fax: (217) 544-1593
E-mail: swasser@feldwass.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

egower@hinshawlaw.com
jsebastian@hinshawlaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A

**s/ Stanley N. Wasser**
Bar Number 2947307
Attorney for All Defendants
Feldman, Wasser, Draper & Cox
1307 S. Seventh Street, P.O. Box 2418
Springfield, IL 62705
Telephone: (217) 544-3403
Fax: (217) 544-1593
E-mail: swasser@feldwass.com
