E-FILED
Friday, 30 May, 2008 03:02:30 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY<br><br>    Plaintiff,<br><br>    v.<br><br>SICILIANO, INC., K&R PROPERTIES, INC., RICHARD E. LAWRENCE, and MARY KIM LAWRENCE<br><br>    Defendants. | No.: 06-3162 |

**DEFENDANTS' STATUS REPORT**

Defendants Siciliano Inc., K&R Properties, Inc., Richard E. Lawrence and Mary Kim Lawrence, by their counsel, make this status report to the Court.

1.    From the very outset when this lawsuit was filed and up to present time, including since the filing of the March 18, 2008 status report, the parties have been continuing to work together with regard to seek a settlement of this case. More specifically, the parties have worked together to narrow the damage issues.

2.    On May 9, 2008, Defendants communicated with Plaintiff requesting a face-to-face settlement meeting.

3.    As indicated in Defendants' March 18, 2008 status report, Defendants' counsel had requested additional financial information from Plaintiff to address the balance of the settlement issues in this case. Plaintiff's counsel has provided

*FELDMAN, WASSER DRAPER & COX*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

information to Defendants' counsel, the most recent of which was provided by Plaintiff to Defendants on May 18, 2008 and May 23, 2008.

4. Since the requested meeting would involve representatives of Plaintiff traveling from out-of-state to Illinois and Defendants traveling to Chicago, Defendants' counsel had communicated to Plaintiff's counsel that Defendants' believe that the requested settlement meeting would be more productive once Defendants have a better understanding of Plaintiff's claimed loss. The recent information provided by Plaintiff included information which Defendants did not previously have. Defendants have reviewed the recently received information and expect to communicate back to Plaintiff in very short order regarding the loss information from Plaintiff. Defendants' view is that this communication to Plaintiff, and Plaintiff's expected reply thereto should define the parties' positions in anticipation of proceeding in short order with the settlement meeting that has been requested.

5. As stated previously, the parties are not seeking to delay this case. Rather, the parties have from the outset worked diligently, and to date, successfully, to narrow the damage issues in this complex case.

6. Defendants would request that the Court set a new date 45 days out for the filing of a status report. Defendants are aware that Plaintiff continues to reserve the right to proceed with a summary judgment motion should Plaintiff deem that settlement discussions are not proving productive.

Respectfully submitted

**s/ Stanley N. Wasser**
Bar Number 2947307
Attorney for All Defendants
Feldman, Wasser, Draper & Cox
1307 S. Seventh Street, P.O. Box 2418
Springfield, IL 62705
Telephone: (217) 544-3403
Fax: (217) 544-1593
E-mail: swasser@feldman-wasser.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

egower@hinshawlaw.com
jsebastian@hinshawlaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A

**s/ Stanley N. Wasser**
Bar Number 2947307
Attorney for All Defendants
Feldman, Wasser, Draper & Cox
1307 S. Seventh Street, P.O. Box 2418
Springfield, IL 62705
Telephone: (217) 544-3403
Fax: (217) 544-1593
E-mail: swasser@feldman-wasser.com