IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>SICILIANO, INC., K&R PROPERTIES, INC., RICHARD E. LAWRENCE, and MARY KIM LAWRENCE<br><br>Defendants. | No.: 06-3162 |

**DEFENDANTS' STATUS REPORT**

Defendants Siciliano Inc., K&R Properties, Inc., Richard E. Lawrence and Mary Kim Lawrence, by their counsel, make this status report to the Court.

1.   From the very outset when this lawsuit was filed and up to present time, the parties have been continuing to work together with regard to seek a settlement of this case. More specifically, the parties have worked together to narrow the damage issues.

2.   As reported to the Court in the May 30, 2008 status report, Defendants communicated with Plaintiff requesting a face-to-face settlement meeting. On June 19, 2008, the parties, including counsel and principals, met in Chicago, Illinois to further discuss the financial issues bearing upon a settlement of this lawsuit.

3.   On July 1 and 2, 2008, the parties had a further communication to clarify certain of the financial information presented at the Chicago meeting.

4.  Based upon the Chicago meeting, Defendants have advised Plaintiff that they will be presenting a settlement proposal.

5.  On July 9, 2008, Defendants' counsel advised Plaintiff's counsel that Defendants are working on the proposal but the proposal requires the approval of Defendants' bank, a secured creditor and to which bank significant debt is still owed. Defendants' counsel advised Plaintiff's counsel that one of the key bank contacts was presently out of the country and that it may be a week or two before Defendants can set up a meeting with the bank to review Defendants' proposal.

6.  As stated previously, the parties are not seeking to delay this case. Rather, the parties have from the outset worked diligently, and to date, successfully, to narrow the damage issues in this complex case.

7.  Defendants would request that the Court set a new date 45 days out for the filing of a further status report. Defendants are aware that Plaintiff continues to reserve the right to proceed with a summary judgment motion should Plaintiff deem that settlement discussions are not proving productive.

Respectfully submitted,

**s/ Stanley N. Wasser**
Bar Number 2947307
Attorney for All Defendants
Feldman, Wasser, Draper & Cox
1307 S. Seventh Street, P.O. Box 2418
Springfield, IL 62705
Telephone: (217) 544-3403
Fax: (217) 544-1593
E-mail: swasser@feldman-wasser.com

*FELDMAN, WASSER*
*DRAPER & COX*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

jsebastian@hinshawlaw.com
egower@hinshawlaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A

**s/ Stanley N. Wasser**
Bar Number 2947307
Attorney for All Defendants
Feldman, Wasser, Draper & Cox
1307 S. Seventh Street, P.O. Box 2418
Springfield, IL 62705
Telephone: (217) 544-3403
Fax: (217) 544-1593
E-mail: swasser@feldman-wasser.com