E-FILED
Monday, 11 August, 2008  11:37:01 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> SICILIANO, INC., an Illinois Corporation, K&R PROPERTIES, INC., RICHARD E. LAWRENCE and MARY KIM LAWRENCE, <br><br> Defendants. | Case No. 06 CV 3162 |

### SAFECO INSURANCE COMPANY OF AMERICA'S
### MOTION FOR SUMMARY JUDGMENT

The Plaintiff, Safeco Insurance Company of America ("Safeco"), by and through its attorneys, John E. Sebastian and Edward R. Gower of Hinshaw & Culbertson LLP, submits this Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules of the United States District Court for the Central District of Illinois against Defendants Siciliano, Inc. ("Siciliano"), K&R Properties, Inc. ("K&R"), Richard Lawrence, and Mary Kim Lawrence (the Defendants hereinafter collectively referred to as "Indemnitors" or "Defendants"). As set forth in the accompanying Memorandum in Support and as supported by Safeco's Statement of Undisputed Material Facts therein, Safeco is entitled to summary judgment against the Indemnitors pursuant to a written General Agreement of Indemnity for Contractors ("Indemnity Agreement") entered into between Safeco and the Defendants. The Defendants are liable to Safeco for all claims, damages, expenses, losses, costs, professional and consulting fees, disbursements, interests and expenses of every nature incurred

6349161v1 3670

by Safeco in its investigation of claims, discharge of claims under bonds issued on behalf of Siciliano, and in enforcement of the Indemnity Agreement. Safeco sets forth further support of its Motion in its accompanying Memorandum in Support and statement of undisputed facts. Further, Safeco requests oral argument on the matters set forth in the instant Motion for Summary Judgment and accompanying Memorandum in Support.

                Respectfully Submitted,

                By:  /s/ John E. Sebastian
                One of the Attorneys for Safeco Insurance Company

Edward R. Gower, ARDC # 3127966
Hinshaw & Culbertson LLP
400 South Ninth Street, Suite 200
Springfield, Illinois 62701-1908
(217) 528-7375

John E. Sebastian, ARDC #: 6230240
Albert L. Chollet, III, ARDC #: 6292557
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
(312)704-3000