# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY, a Washington Corporation, ) ) ) | |
| Plaintiff, ) | |
| v. ) | No.  06 CV 3162 |
| ) | |
| SICILIANO, INC. an Illinois corporation, K&R PROPERTIES,. INC., RICHARD E. LAWRENCE, and MARY KIM LAWRENCE, ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF FILING

TO:    Stanley N. Wasser
       Howard W. Feldman
       Feldman Wasser Draper & Benson
       1307 S. 7th Street
       P.O. Box 2418
       Springfield, Illinois  62705

    PLEASE TAKE NOTICE that on August 11, 2008 I filed with the Clerk of the U.S. District Court for the Central District of Illinois Safeco Insurance Company of America's Motion for Summary Judgment, a copy of which is hereby served upon you.

                                    By:    /s/John E. Sebastian

John E. Sebastian, ARDC #: 6230240
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois  60601
Telephone: (312) 704-3000

**PROOF OF SERVICE**

    The undersigned, being first duly sworn on oath, deposes and states that a true and correct copy of the foregoing Notice of Filing was electronically filed using the Court's ECM/CF system and served upon:

Stanley N. Wasser at swasser@feldwass.com
Howard W. Feldman at howard@feldwass.com

                                    /s/ Gail Ann Kus

6092883v1 3670