E-FILED
Monday, 11 August, 2008   11:43:14 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY, a Washington Corporation, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SICILIANO, INC. an Illinois corporation, K&R )<br>PROPERTIES,. INC., RICHARD E. LAWRENCE, )<br>and MARY KIM LAWRENCE, )<br>)<br>Defendants. ) | No.   06 CV 3162 |

**NOTICE OF FILING**

TO:   Stanley N. Wasser
      Howard W. Feldman
      Feldman Wasser Draper & Benson
      1307 S. 7th Street
      P.O. Box 2418
      Springfield, Illinois  62705

    PLEASE TAKE NOTICE that on August 11, 2008 I filed with the Clerk of the U.S. District Court for the Central District of Illinois Safeco Insurance Company of America's Memorandum in Support of its Motion for Summary Judgment, a copy of which is hereby served upon you.

                                                     By:   /s/John E. Sebastian

John E. Sebastian, ARDC #: 6230240
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois  60601
Telephone: (312) 704-3000

**PROOF OF SERVICE**

    The undersigned, being first duly sworn on oath, deposes and states that a true and correct copy of the foregoing Notice of Filing was electronically filed using the Court's ECM/CF system and served upon:

Stanley N. Wasser at swasser@feldwass.com
Howard W. Feldman at howard@feldwass.com

                                                     /s/ Gail Ann Kus

6092883v1  3670