IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>SICILIANO, INC., K&R PROPERTIES, INC., RICHARD E. LAWRENCE, and MARY KIM LAWRENCE<br><br>Defendants. | No.: 06-3162 |

**MOTION OF DEFENDANTS FOR
EXTENSION OF TIME TO REPLY TO
PLAINTIFF' SUMMARY JUDGMENT MOTION**

Defendants SICILIANO, INC., K&R PROPERTIES, INC., RICHARD E. LAWRENCE, and MARY KIM LAWRENCE, by their attorneys Howard W. Feldman and Stanley N. Wasser of Feldman, Wasser, Draper & Cox, move this Court for an extension of time to reply to Plaintiff's Summary Judgment Motion.

As indicated herein, Plaintiff's counsel has represented to Defendants' counsel that Plaintiff has no objection to an extension of time.

In support of this Motion, Defendants state as follows:

1.  This case is involves a lawsuit by Plaintiff, a performance and payment bond surety, against Defendants who are parties to an indemnity agreement with Plaintiff. Plaintiff seeks to recover monies for certain alleged losses.

*FELDMAN, WASSER
DRAPER & COX*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

2. Plaintiff's complaint was filed July 28, 2006. Defendants filed their answer and affirmative defenses on November 3, 2006. From on and after that date, and even before, and continuing through the present time, the parties have engaged in numerous discussions and communications in an effort to settle the lawsuit. Those efforts included exchanges of information between the partes. As indicated by the several status reports filed with the Court, the parties made extensive progress and in that time Plaintiff was able to recover monies that it was otherwise seeking in this lawsuit.

3. As indicated by the last status report filed July 15, 2008 with the Court, the parties reported that they had met in person in Chicago on June 19, 2008, including the principals, in an effort to further discuss settlement. On August 8, 2008, Defendants' counsel sent a settlement proposal to Plaintiff's counsel. On August 11, 2008, and without any reply to the settlement proposal, Plaintiff filed its summary judgment motion.

4. Thereafter Defendants' undersigned counsel spoke with Plaintiff's counsel about the time for responding to the summary judgment motion and about continued discussions about addressing settlement and the possibility of a counter-offer from Plaintiff. Plaintiff's counsel represented to the undersigned that Plaintiff had no objection to Defendants' receiving an extension of time to reply to the summary judgment motion.

5. The ECF notice of the filing of the summary judgment motion indicates that the response is due September 4, 2008. For the following reasons, Defendants request an extension of time until October 2, 2008 to respond to the summary judgment motion.

a. The undersigned counsel of Defendants has been significantly involved over the last several years and to present time in dealing with Plaintiff's counsel regarding the substantive issues underlying Plaintiff's summary judgment motion and the undersigned counsel will be preparing the response to the summary judgment motion.

b. Due to prior commitments, the undersigned counsel for Defendant has insufficient time to file a response by September 11, 2008 by reason of the following (*see* the attached Affidavit of Defendants' counsel):

(i) On August 13, 2008, two days after the motion was served electronically on Defendants, the undersigned counsel left for several days to take his son back to college in Pennsylvania, and did not return to Illinois until August 17;

(ii) Defendants' undersigned counsel is leaving Illinois today, August 19, 2008 to take his other son to college in Wisconsin, returning to Illinois late in the day on August 22, 2008; and

(iii) Defendants' undersigned counsel is scheduled for a contested hearing on behalf of the employer before the National Labor Relations Board, in Peoria, Illinois, in the case of *Evans-Mason and Schmoldt and Daniels, a single employer and International Union of Operating Engineers, Local Union #965*, Case No. 33-CA-15137.

This case is set to begin on August 25, 2008 and to continue until concluded. The NLRB order rescheduling the hearing to that week was issued July 3, 2008.

6. Thus if the NLRB hearing should go for several days, as expected, this would leave Defendants' counsel with less time than permitted by rule to respond to the motion.

7. An extension of time until October 2, 2008, in view of the posture of this case, does not prejudice Plaintiff; there are no current case management dates set by this Court; and Plaintiff has represented that it does not object to the time extension. Further, given the extent of the matters in the summary judgment motion that need to be responded to, the requested time extension would be warranted.

Wherefore, Defendants SICILIANO, INC., K&R PROPERTIES, INC., RICHARD E. LAWRENCE, and MARY KIM LAWRENCE, pray that this Court enter its order granting Defendants an extension of time until October 2, 2008 to respond to Plaintiff's summary judgment motion.

Respectfully submitted,

s/ Stanley N. Wasser
Bar Number 2947307
Attorney for All Defendants
Feldman, Wasser, Draper & Cox
1307 S. Seventh Street, P.O. Box 2418
Springfield, IL 62705
Telephone: (217) 544-3403
Fax: (217) 544-1593
E-mail: swasser@feldman-wasser.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>SICILIANO, INC., K&R PROPERTIES, INC., RICHARD E. LAWRENCE, and MARY KIM LAWRENCE<br><br>Defendants. | No.: 06-3162 |

STATE OF ILLINOIS      )
                       )
COUNTY OF SANGAMON     )

**AFFIDAVIT**

Stanley N. Wasser, being first duly sworn upon his oath deposes and says:

1. I am an adult resident of Sangamon County, Illinois, under no legal disability and make this Affidavit upon his personal knowledge.

2. I am an attorney licensed to practice law in Illinois and have served as one of Defendants' two counsels in this case since its inception. Prior thereto and continuing up to the present time I have been significantly involved in dealing with Plaintiff's counsel on the substantive matters raised by Plaintiff's summary judgment motion, including settlement discussions and exchanges of information and I will be preparing the response on behalf of Defendants to Plaintiff's summary judgment motion.

FELDMAN, WASSER
DRAPER & COX
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

3. On August 11, 2008, the date Plaintiff filed its summary judgment motion, I spoke with Plaintiff's counsel and Plaintiff's counsel represented to me that Plaintiff did not object to Defendants seeking an extension of time to respond to the summary judgment motion.

4. Due to the following prior commitments, I will have insufficient time to file a response by September 4, 2008, the date that the ECF notice indicates is the due date for the response:

(a) On August 13, 2008, two days after the motion was served electronically on me, I left for several days to take my son back to college in Pennsylvania, and did not return to Illinois until August 17;

(b) I am leaving Illinois today, August 19, 2008 to take my other son to college in Wisconsin, returning to Illinois late in the day on August 22, 2008; and

(c) I am scheduled for a contested hearing representing the employer before the National Labor Relations Board, in Peoria, Illinois, in the case of *Evans-Mason and Schmoldt and Daniels, a single employer and International Union of Operating Engineers, Local Union #965*, Case No. 33-CA-15137. This case is set to begin on August 25, 2008 and to continue until concluded. The NLRB order rescheduling the hearing to that week was issued July 3, 2008. A copy of that order is attached hereto.

5. If the NLRB hearing should go for several days, as expected, this would leave Defendants' counsel with little time to prepare Defendants' response to the summary judgment motion.

FELDMAN, WASSER
DRAPER & COX
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

2

Further Affiant Sayeth Not.

_____
Stanley N. Wasser

Subscribed and sworn to before me
this 19th day of August, 2008.

_____
Notary Public

```
OFFICIAL SEAL
KAETHE ROBERTSON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12-20-2008
```

*FELDMAN, WASSER DRAPER & COX*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

3

UNITED STATES OF AMERICA
BEFORE THE NATIONAL LABOR RELATIONS BOARD
SUBREGION THIRTY-THREE

EVANS-MASON and SCHMOLDT
AND DANIELS, a single employer

and                                                      Case 33-CA-15137

INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL UNION #965

### ORDER RESCHEDULING HEARING

Pursuant to Sections 102.16(1) of the of the Board's Rules and Regulations, Series 8, as amended,

IT IS HEREBY ORDERED that the hearing in this matter is rescheduled from July 14, 2008 at 1:00 p.m. in the Thomas M. Harvey NLRB Hearing Room, 300 Hamilton Square, Suite 200, Peoria, Illinois to **August 25, 2008** at the same time and place. The hearing will continue on consecutive days thereafter until concluded.

Dated at Peoria, Illinois this 3rd day of July, 2008.

Leonard J. Perez
Acting Officer-in-Charge
National Labor Relations Board
Subregion Thirty-Three
300 Hamilton Square, Suite 200
Peoria, Illinois  61602

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

egower@hinshawlaw.com
jsebastian@hinshawlaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A

**s/ Stanley N. Wasser**
Bar Number 2947307
Attorney for All Defendants
Feldman, Wasser, Draper & Cox
1307 S. Seventh Street, P.O. Box 2418
Springfield, IL 62705
Telephone: (217) 544-3403
Fax: (217) 544-1593
E-mail: swasser@feldman-wasser.com
