IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY<br><br>    Plaintiff,<br><br>    v.<br><br>SICILIANO, INC., K&R PROPERTIES, INC., RICHARD E. LAWRENCE, and MARY KIM LAWRENCE<br><br>    Defendants. | No.: 06-3162 |

**DEFENDANTS' STATUS REPORT**

Defendants Siciliano Inc., K&R Properties, Inc., Richard E. Lawrence and Mary Kim Lawrence, by their counsel, make this status report to the Court.

1.  On August 8, 2008, Defendants, through their counsel, submitted a settlement proposal to Plaintiff. On August 11, 2008, Plaintiff's counsel contacted Defendants' counsel about the proposal and the parties are continuing to discuss a resolution.

2.  On August 11, 2008, Plaintiff filed its summary judgment motion, which is presently pending.

3.  On August 20, 2008, this Court granted Defendants' motion extending the time until October 2, 2008 for Defendants to respond to Plaintiff's summary judgment motion.

*FELDMAN, WASSER*
*DRAPER & COX*
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

4.    The parties are continuing to communicate to address a possible settlement.

Respectfully submitted,

**s/ Stanley N. Wasser**
Bar Number 2947307
Attorney for All Defendants
Feldman, Wasser, Draper & Cox
1307 S. Seventh Street, P.O. Box 2418
Springfield, IL 62705
Telephone: (217) 544-3403
Fax: (217) 544-1593
E-mail: swasser@feldman-wasser.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

jsebastian@hinshawlaw.com
egower@hinshawlaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A

**s/ Stanley N. Wasser**
Bar Number 2947307
Attorney for All Defendants
Feldman, Wasser, Draper & Cox
1307 S. Seventh Street, P.O. Box 2418
Springfield, IL 62705
Telephone: (217) 544-3403
Fax: (217) 544-1593
E-mail: swasser@feldman-wasser.com
